UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

Petr Vach dba VP Fossils d/b/a CNG Interceptor and Heather Dawn Vach,

Case No. 6:19-bk-00976-KSJ
Chapter 7

Debtor(s).
_____/

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY

## NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING

**Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within twenty-one (21) days from the date set forth on the attached proof of service, plus an additional three days for service if any party was served by U.S. Mail.**

**If you object to the relief requested in this paper, you must file your response with the Clerk of the Court at 400 West Washington Street, Suite 5100, Orlando, Florida 32801 and serve a copy on the Movant's attorney, Leslie Rushing, Esq., Quintairos, Prieto, Wood & Boyer P.A., 1475 Centrepark Blvd., Suite 130, West Palm Beach, Florida 33401, and any other appropriate persons within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing or consider the response and grant or deny the relief requested without a hearing.**

**If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.**

COMES NOW, QUICKEN LOANS INC., Movant, by and through its attorney, Leslie Rushing of Quintairos, Prieto, Wood & Boyer, P.A., and respectfully moves this

1

Court for an order granting Movant relief from stay and, to recover and dispose of its real property located at **910 Hawk Landing, Fruitland Park, Florida 34731** purchased by Debtor, financed by Movant, and more particularly described in the documents attached hereto. Grounds for this motion are as follows:

1. Debtors filed a voluntary Chapter 7 Bankruptcy on February 15, 2019.

2. Pursuant to the provisions of 11 U.S.C. § 362(d)(1), upon request of a party in interest, the court shall grant relief from the stay for cause including lack of adequate protection of an interest in property.

3. QUICKEN LOANS INC., Movant, is the holder of a Note and Mortgage for the real property located at **910 Hawk Landing, Fruitland Park, Florida 34731** (copies of Note and Mortgage are attached hereto as Composite Exhibit "A").

4. Debtors have defaulted under the terms of the Note and Mortgage by failing to make regular payments when due and owing pursuant to Note and Mortgage. The Debtors are due for the November 1, 2017 payment.

5. There remains due and owing on the Note and Mortgage referenced in paragraph three hereof, the unpaid principal balance of $391,068.64, as of February 21, 2019, plus interest, which does not reflect attorney fees and costs associated with the filing of this Motion for Relief from the Automatic Stay. See Affidavit attached as Exhibit "B".

6. The estimated market value of the Property is $329,567.00. The basis for such valuation is the Lake County Property Appraiser. A copy of the valuation is attached as Exhibit "C".

7. Movant is not adequately protected as there is no equity in the property and no payments are being made by Debtor(s). The property is not necessary for an effective reorganization. The statement of intentions filed by the Debtors surrenders the property.

8. Movant is entitled to relief from stay to recover possession of the property and liquidate its security interest as it lacks adequate protection in the bankruptcy.

WHEREFORE, Movant, QUICKEN LOANS INC., prays this Honorable Court order that the automatic stay of 11 U.S.C. § 362(a) be terminated to allow Movant (and any successors or assigns) to proceed under applicable non-bankruptcy law to enforce its remedies to foreclose upon and obtain possession of the Property, that the Order is binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code, to waive the 14-day stay requirement, for attorney fees and costs and any other further relief the Court may deem just and equitable.

Respectfully submitted,

Dated:  Octej "3, 2019             /s/ Leslie Rushing
Leslie Rushing, Esq.
Florida Bar No. 98106
Quintairos, Prieto, Wood & Boyer, P.A.
1475 Centrepark Blvd., Suite 130
West Palm Beach, FL 33401
Telephone: (561) 686-1880 x 1311
Fax: (561) 686-1886
Primary Email:
leslie.rushing@qpwblaw.com
Secondary Email:
flmdbknotices@qpwblaw.com

## CERTIFICATE OF SERVICE

      I certify that I have caused to be served a copy of the foregoing Motion for Relief, by first class mail, postage prepaid and/or by CM/ECF electronic filing upon the parties listed below.

Dated:  O ctej "3, 2019                               /s/ Leslie Rushing
                                                             Leslie Rushing, Esq.
                                                             Florida Bar No. 98106

Copies Furnished To:

By CM/ECF Receipt:

Andrea B Anderson
Bogin, Munns, Munns, P.A.
Post Office Box 2807
Orlando, FL 32802-2807
407-578-1334
Email: aanderson@boginmunns.com

Trustee
Lori Patton
Law Office of Lori Patton, PA
PO Box 520547
Longwood, FL 32752
(407) 937-0936

U.S. Trustee
United States Trustee - ORL7/13
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801

By First Class Mail:

Petr Vach and
Heather Dawn Vach
910 Hawk Landing
Fruitland Park, FL 34731