ORDERED.

Dated:  April 10, 2019

_____
Karen S. Jennemann
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Petr Vach, ) | CASE NO. 6:19-bk-00976-KSJ |
| Heather Dawn Vach, ) | CHAPTER 7 |
| ) | |
| Debtors. ) | |

**ORDER AUTHORIZING CHAPTER 7 TRUSTEE'S APPLICATION TO RETAIN BK GLOBAL REAL ESTATE SERVICES TO TO PROCURE CONSENTED PUBLIC SALE PURSUANT TO 11 U.S.C. § 327**

THIS CASE came on for consideration without hearing on the Trustee's Application to Retain BK Global Real Estate Services to Procure Consented Public Sale Pursuant to 11 U.S.C. §327 (Doc. No. 18) filed on April 10, 2019.  The Court concludes that BK Global Real Estate Services does not hold or represent an interest adverse to the estate and are disinterested persons within the meaning of Section 101(14) of the Bankruptcy Code.  The Court further concludes that BK Global Real Estate Services is qualified to represent the Trustee and that the Court's authorization of their employment is in the best interest of the estate.  Accordingly, it is

**ORDERED** the Application is granted and the Court approves the retention of BK Global Real Estate Services to sell real property located at 910 Hawk Landing, Fruitland Park, FL 34731. All compensation authorized is subject to the provisions of Section 330 of the Bankruptcy Code and any hourly rate is not guaranteed and is subject to review and no payment whatsoever shall be made to the attorney absent application and order.

Trustee, Lori Patton, is directed to serve a copy of this Order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the Order.