UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:

Petr Vach,  CASE NO. 6:19-bk-00976-KSJ
Heather Dawn Vach,  CHAPTER 7

        Debtors.

PROOF OF SERVICE

I hereby certify that a true and correct copy of the ORDER AUTHORIZING CHAPTER 7 TRUSTEE'S APPLICATION TO RETAIN BK GLOBAL REAL ESTATE SERVICES TO PROCURE CONSENTED PUBLIC SALE PURSUANT TO 11 U.S.C. § 327 (Doc. # 19) was served by electronic notice, if registered in the Electronic Case Filing System, otherwise by first class postage prepaid U.S. Mail on April 12, 2019 to the following:

    Petr Vach, 910 Hawk Landing, Fruitland Park, FL 34731
    Heather Dawn Vach, 910 Hawk Landing, Fruitland Park, FL 34731
    Andrea B Anderson, 1000 Legion Place Ste 1000, Orlando, FL 32801
    BK Global, 1095 Broken Sound Parkway NW, Ste. 100, Boca Raton, FL 33487

        Respectfully submitted

        /s/ Lori Patton
        Lori Patton, Trustee
        PO Box 520547
        Longwood, FL 32752
        Phone: (407) 937-0936