UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                          )
                                                )
Petr Vach,                                      )    Case No.: 6:19-bk-00976-KSJ
Heather Dawn Vach,                              )    Chapter 7
                                                )
            Debtors.                            )

## NOTICE OF PRELIMINARY HEARING

NOTICE IS HEREBY GIVEN that a preliminary hearing in this case will be held on **November 19, 2019 at 11:00 a.m.** in Courtroom 6A, 6th Floor, George C. Young Courthouse, 400 West Washington Street, Orlando, FL 32801 to consider and act upon the following and transact such other business that may come before the Court:

Chapter 7 Trustee's Motion to (I) Approve A Short Sale of Real Property Free and Clear of Liens, Claims, Encumbrances, and Interests Pursuant to 11 U.S.C. §363(b), (f), and (m), (II) Surcharge Agreement Between Secured Lender and the Estate, and (III) Other Relief

The hearing may be continued upon announcement made in open Court without further notice.

Appropriate Attire. You are reminded that Local Rule 5072-1(b)(16) requires that all persons appearing in Court should dress in business attire consistent with their financial abilities. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.

Avoid delays at Courthouse security checkpoints. You are reminded that Local Rule 5073-1 **restricts the entry of cellular telephones** and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding Judge. Due to heightened security procedures, persons must present photo identification to enter the Courthouse.

Dated: October 22, 2019

/s/ Lori Patton, Trustee
Lori Patton
PO Box 520547
Longwood, FL 32752
Phone: (407) 937-0936

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Preliminary Hearing was furnished by first class United States Mail, postage prepaid, or by electronic delivery, to all persons on the mailing matrix, attached to the original of this document, as furnished by the Clerk's office on October 22, 2019.

/s/ Lori Patton
Lori Patton

```
Label Matrix for local noticing          Heather Dawn Vach                    Petr Vach
113A-6                                   910 Hawk Landing                     910 Hawk Landing
Case 6:19-bk-00976-KSJ                   Fruitland Park, FL 34731-6538        Fruitland Park, FL 34731-6538
Middle District of Florida
Orlando
Tue Oct 22 13:49:02 EDT 2019

Chase Bank USA, N.A.                     Discover Bank                        Internal Revenue Service
c/o National Bankruptcy Services, LLC    Discover Products Inc                Post Office Box 7346
P.O. Box 9013                            PO Box 3025                          Philadelphia PA 19101-7346
Addison Texas 75001-9013                 New Albany, OH   43054-3025


U.S. Bank NA dba Elan Financial Services Verizon                              Lori Patton +
Bankruptcy Department                    by American InfoSource as agent      Law Office of Lori Patton, PA
PO Box 108                               PO Box 4457                          PO Box 520547
St. Louis MO 63166-0108                  Houston, TX   77210-4457             Longwood, FL 32752-0547


Leslie Rushing +                         Anthony D Colunga +                  Andrea B Anderson +
Quintairos, Prieto, Wood & Boyer, P.A.   Weinstein & Riley PS                 Bogin, Munns, Munns, P.A.
1475 Centerpark Blvd., Suite 130         2001 Western Avnue                   Post Office Box 2807
West Palm Beach, FL 33401-7424           Suite 400                            Orlando, FL 32802-2807
                                         Seattle, WA 98121-3132


Note: Entries with a '+' at the end of the    End of Label Matrix
name have an email address on file in CMECF   Mailable recipients    12
                                              Bypassed recipients     0
                                              Total                  12
```